UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KRISTEN AKINS                                                    CIVIL ACTION

VERSUS                                                           14-653-SDD-EWD

ACE AMERICAN INSURANCE
COMPANY, ET AL.

## ORDER

**CONSIDERING** the attached correspondence advising the Court of the settlement in the above captioned matter;

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana the 12 day of January, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

JURY



MELISSA B. CARUSO, ASSOCIATE
PH 225.382.3457 DIRECT FAX 225.215.4129
MELISSA.CARUSO@KEANMILLER.COM

December 15, 2015

Judge Shelly D. Dick
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

Re:   *Kristen Akins v. Ace American Insurance Company and Taco Bell Corporation,*
United States District Court, Middle District of Louisiana
Civil Action No. 14-653
KM File No. 17910-40

Dear Judge Dick:

I am writing to inform you that the above-captioned matter has settled as to all parties and all claims. I would therefore request that you enter a conditional order of dismissal while we prepare and finalize the settlement documents.

Thank you for your assistance in this matter. If you have any questions or concerns in this regard, please do not hesitate to contact me.

Very truly yours,

KEAN MILLER LLP

Melissa B. Caruso

MBC/cau

cc:   Ms. Donna Grodner

T 225.387.0999  F 225.388.9133
II City Plaza  400 Convention Street Suite 700  Baton Rouge, LA 70802
Post Office Box 3513  Baton Rouge, LA 70821

6408879_1